UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 19-cv-63165-BLOOM/Valle**

MARY ELIZABETH VICCIONE,

    Plaintiff,

v.

HOLYLAND TREASURES INC., et al.,

    Defendants.

_____/

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** is before the Court upon the Renewed Joint Motion for Approval of Settlement of FLSA Claims, ECF No. [44] ("Motion"), filed on June 12, 2020. Upon review of the record and the parties' documented basis for a settlement of the FLSA case, including an award of attorneys' fees to Plaintiff's counsel as the prevailing party, the Court finds that settlement of this action is fair and reasonable and that the requested fee is fair and reasonable and not grossly excessive. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [44]**, is **GRANTED**.

2. The Settlement Agreement and General Release, ECF No. [44-1] ("Settlement Agreement"), which has been duly filed as a record of the Court, is **APPROVED** in its entirety.[1]

---

[1] The Court notes the Settlement Agreement contains a confidentiality provision. *See* ECF No. [44-1] at 3. Where the Court must approve a settlement, the agreement becomes a part of the judicial record and therefore may not be deemed confidential even if the parties so consent. *See Jessup v. Luther*, 277 F.3d 926, 929–30 (7th Cir. 2002) (noting that even when a settlement is entered into the court's file under seal it becomes part of the judicial record). *See also King v. Total Car Shipping & Freight, LLC*, No. 16-CV-62893, 2017 WL 7794282, at *2 (S.D. Fla. Apr. 25,

Case No. 19-cv-63165-BLOOM/Valle

3. This case is **DISMISSED WITH PREJUDICE**, and all pending motions are **DENIED AS MOOT**.

4. The Court retains jurisdiction to enforce the terms of the Settlement Agreement for two weeks.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 12, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

---

2017) (approving FLSA settlement agreement in its entirety even though it contained a confidentiality provision, and noting that because the settlement is part of the public record, it is not confidential).